**Opinion issued November 27, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00782-CV

————————————

## OSCAR LEE HARRISON, Appellant

## V.

## CITYCHASE LLC, Appellee

———————————————————————

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1115051**

———————————————————————

### MEMORANDUM OPINION

Appellant, Oscar Lee Harrison, proceeding pro se, has failed to timely file his appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After this Court's September 13, 2018 Order had directed the county clerk to mail the clerk's record to appellant, that Order was returned on October 16, 2018, marked: "RETURN TO

SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD."

The Clerk of this Court's November 2, 2018 notice and November 6, 2018 notice warned appellant that his appeal was subject to dismissal if he failed to timely file his appellate brief or update his mailing address within 10 days of those notices. *See* TEX. R. APP. P. 9.1(b), 38.8(a)(1), 42.3(b), (c). Appellant neither timely filed his brief nor provided the Clerk of this Court with any other address. *See* TEX. R. APP. P. 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.